# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAUNCEY R. CARTER

NO. 2021 KW 0214

MAY 4, 2021

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-14-0019.

---

BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.

   **WRIT GRANTED.** The district court's ruling excluding evidence of prior acts consisting of the defendant's intentional exposure to the AIDS virus is reversed, and this matter is remanded to the district court for further proceedings. "Sexually assaultive behavior" is a general expression intentionally used by the Legislature in order to reference a broad range of behavior not limited by statutorily-designated offenses or any list of "technical" statutory definitions. **State v. Layton,** 2014-1910 (La. 3/17/15), 168 So.3d 358, 362. As used in La. Code of Evid. art. 412.2, sexually assaultive behavior is broad enough to include the type of conduct that is proscribed in La. R.S. 14:43.5. Because the district court found that the instant offense and prior acts do not involve sexually assaultive behavior, we remand the matter to the district court to apply the balancing test provided in La. Code Evid. art. 403. See **State v. Fife,** 2019-01833 (La. 1/28/20), 288 So.3d 117 (*per curiam*).

                        JMG
                        PMc
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT